302 U.S. 729
 58 S.Ct. 54
 82 L.Ed. 563
 Frank J. RYAN and Ryan Florida Corporation, petitioners,
v.
M. U. NEWFIELD, Individually, etc.
 No. 354.
 Supreme Court of the United States
 October 18, 1937
 
 Mr. W. K. Zewadski, of Tampa, Fla., for petitioner.
 
 
 1
 For opinion below, see 91 F.(2d) 700.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied.
 
 
 3
 Rehearing denied 302 U.S. 777, 58 S.Ct. 138, 82 L.Ed. ——; Second rehearing denied 302 U.S. 650, 58 S.Ct. 262, 82 L.Ed. ——.